FILED
2014 AUG 19 PM 1:00
CLERK U.S. DISTRICT COURT
DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL MASELLO, | ) CASE NO. 1:14cv1311 |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| vs. | ) ORDER |
| EMBRACE PET INSURANCE AGENCY, LLC | ) |
| Defendant. | ) |

We, the attorneys for the respective parties, do hereby stipulate that the above-captioned complaint is settled and dismissed with prejudice, each party to pay its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction over the settlement agreement.

_____  _____
Attorney for Plaintiff                   Attorney for Defendant

IT IS SO ORDERED.

_____
Dan Aaron Polster
United States District Judge